

JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

EDWARD ANTHONY CEJA,

    Petitioner,

v.

M.D. BITER, Warden,

    Respondent.

Case No. SACV 11-0477-MLG

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: July 14, 2011

Marc L. Goldman
United States Magistrate Judge

